# RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # |
| vs | DATE OF COMPLAINT |
| RUSSELL PETERSON | CRIMINAL DOCKET NUMBER: 21-319 |
| | DATE OF INDICTMENT |
| | STATUTE: |
| DATE ARRESTED: 2/12/21 | |

## INITIAL APPEARANCE

| Before Magistrate | [X] LENIHAN | [ ] KELLY | Date: 2/12/21 | Casette Tape # |
| | [ ] MITCHELL | [ ] BAXTER | Time: 4:00 | Tape Index: |
| | [ ] EDDY | [ ] PESTO | | |

U. S. ATTORNEY: JESSICA SMOLAR

1. **RIGHTS EXPLAINED**

2. **COMPLAINT/INDICTMENT/INFORMATION:**
   - [X] Read
   - [X] Summarized
   - [ ] Reading waived
   - [X] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. **ACT & PENALTIES**
   - [X] Read
   - [X] Summarized
   - [ ] Reading waived

4. **COUNSEL**
   - [X] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [X] Defendant represented by: Sarah Levin
   - [ ] Defendant expects to retain:
   - [X] Affidavit executed.
   - [ ] Not Qualified
   - [X] Qualified
   - [ ] with possible requirement for partial or full payment
   - [X] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. **BAIL**
   - [ ] Recommended Bond:
   - [X] Bond Set at: $10,000 Unsecured
   - [ ] By Consent
   - [X] Additional Conditions Imposed:
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued
   - [ ] Final Commitment issued
   - [ ] Bond Review Hearing Set For:
   - [ ] Detention Hearing Set For:

6. **PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**
   - [X] Preliminary Exam/Rule 40/Arraignment set for: to be scheduled in the charging District ~~Before Magistrate~~

ADDITIONAL COMMENTS: The Defendant agreed to participate in this hearing via video conference.