IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | Magistrate No. 21-319 |
| ) | |
| RUSSELL JAMES PETERSON ) | |

### ORDER OF COURT

AND NOW, this _____ day of February, 2021, upon consideration of this Motion to Schedule Preliminary Hearing, it is hereby ORDERED, ADJUDGED, AND DECREED that this motion is GRANTED; and

IT IS FURTHER ORDERED that the Waiver of Rule 5 Hearing form (Doc. 8) is modified to agree to waive the identity hearing and production of the warrant only; and

IT IS FURTHER ORDERED that a preliminary hearing is scheduled for February 18, 2021, at 11:00 a.m., in the Western District of Pennsylvania.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc:   Counsel of Record